UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE


Paul Blackmer

      v.　　　　　　　　　　　Civil No. 11-cv-79-SM

Paul Fortier, et al


O R D E R

I herewith approve the Report and Recommendations of Magistrate Landya B. McCafferty dated December 13, 2011, no objections having been filed, for the reasons set forth therein. The complaint is dismissed.

    SO ORDERED.


January 5, 2012　　　　　　　　　　*/s/ Steven J. McAuliffe*
　　　　　　　　　　　　　　　　　　Steven J. McAuliffe
　　　　　　　　　　　　　　　　　　United States District Judge



cc:   Paul Blackmer, Pro Se